UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-9701-MWF(PJWx)**                                Dated: **December 21, 2016**

Title:    Freddie Brooks, Jr., et al. -v- Home Depot U.S.A., Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                             None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Mediation Report filed December 20, 2016, indicating the case has been completely settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 23, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                      Initials of Deputy Clerk   cw
CIVIL - GEN